JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Abdulhadi Abdulmajeed Al Sadoon, | SACV 15-01660 JVS(JCGx) |
| Plaintiff, | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| v. | |
| David M. Radel, et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause on February 29, 2016 as to why this action should not be dismissed for lack of prosecution, with a written response due on March 14, 2016 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: March 23, 2016

_____
James V. Selna
United States District Judge